UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

United States of America,

                              Notice of Adjournment
                                of Conference

-against-

                        7:10-CR-00392 (CS) (20)

Luis Tambito,

                     Defendant(s).
----------------------------------------------------------------X

The Status Conference previously scheduled before this Court for **December 17, 2025** is adjourned to **January 20, 2026 at 10:45 a.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                            /s/ Walter Clark, Courtroom Deputy

Dated: December 15, 2025
       White Plains, New York